476 A.2d 85

Commonwealth v. Collins, Appellant.

Argued March 13, 1984. William T. Cannon, for appellant; Stuart L. Haimowitz, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, WIEAND and CIRILLO, JJ.

Judgment of sentence affirmed.

CAVANAUGH, J., filed a concurring memorandum.